AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN BURTON,

        Petitioner,

        v.

MAGGIE MILLER-STOUT,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-195-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Mr. Burton's First Amended Petition (ECF No. 9) shall be DISMISSED with prejudice.

September 8, 2011
*Date*

JAMES R. LARSEN
*Clerk*

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia